IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BAKARR BANGURA, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STATE FARM RENTERS FIRE AND | : | |
| CASUALTY INSURANCE, | : | No. 13-1632 |
| Defendant. | : | |

# ORDER

**AND NOW**, this **8th** day of **April**, **2013**, for the reasons set forth in this Court's Memorandum dated April 8, 2013, it is hereby **ORDERED** that:

1. The case is **REMANDED** to the Delaware County Court of Common Pleas.

2. Defendant's Motion to Dismiss (Document No. 3) is **DENIED as moot**.

BY THE COURT:

**Berle M. Schiller, J.**